IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TRAVIS LEROY BALL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:24-cv-262-CAR-ALS |
| | : | |
| Sheriff DAN KILGORE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

On December 11, 2025, United States District Judge Ashley Royal rejected the Recommendation to grant Defendants' motion to dismiss this case because Plaintiff had not advised the Court of his address. (Docs. 23, 19, 17). On the day Defendants filed their motion to dismiss, seventy-nine (79) days of the discovery period had run following the filing of their Answer to the complaint on December 23, 2024. (Docs. 16, 17). Accordingly, the Court notifies the parties that there are eleven (11) days remaining in the current discovery period, and that dispositive motions are due no later than thirty (30) days after the close of discovery. Should the parties require additional time to conduct discovery, they may so move the Court.

**SO ORDERED**, this 12th day of December, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE